Bryan Hurlbutt (ISB #8501)
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
bhurlbutt@advocateswest.org

Laurence ("Laird") J. Lucas (ISB #4733)
PO Box 1342
Boise ID 83701
(208) 424-1466 (phone and fax)
llucas@lairdlucas.org

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO RIVERS UNITED, | No. 11-CV-095-BLW |
| Plaintiff, | **STIPULATION TO SETTLE MOTION FOR ATTORNEY FEES AND LITIGATION EXPENSES** |
| vs. | |
| UNITED STATES FOREST SERVICE, and UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, | |
| Defendants. | |

The parties, by and through their undersigned counsel, hereby stipulate as follows:

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The parties agree to settle IRU's claims for attorney fees and costs in this litigation for a total payment of seventy thousand dollars ($70,000.00), pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(A), in full and complete satisfaction of any and all claims, demands, rights, and causes of action that Plaintiff may have for

recovery of attorney fees and/or litigation expenses in this matter. Payment of this settlement amount will be made by two electronic funds transfers to the Advocates for the West Lawyer Trust Account, pursuant to electronic funds wire transfer instructions to be provided by Plaintiff's counsel to Defendants' counsel pursuant to this Stipulation. The payments will be in the amounts of $45,500 from the Forest Service and $24,500 from the Federal Highway Administration. Defendants agree to submit all necessary paperwork for the processing this settlement payment within ten (10) business days of receipt of the Court's order approving this Stipulation.

2.  The undersigned counsel of each party certifies that he/she is fully authorized by the party or parties they represent to agree to the Court's entry of the terms and conditions of this Stipulation and do hereby agree to the terms herein.

3.  Upon the Court's approval of this Stipulation, as set forth in the mutually agreed [Proposed] Order Approving Fees Stipulation, to be submitted herewith to the Court, Plaintiff IRU's Motion For EAJA Award of Reasonable Attorney Fees and Litigation Expenses (Docket No. 65) shall be deemed withdrawn.

**IT IS SO STIPULATED.**

Dated: July 29, 2013

/s/ Laurence ("Laird") J. Lucas
Laurence ("Laird") J. Lucas (ISB #4733)
PO Box 1342
Boise ID 83701
(208) 424-1466 (phone and fax)
llucas@lairdlucas.org
Attorney for Plaintiff IRU

/s/ Joanne P. Rodriguez
Joanne P. Rodriguez, ISB No. 2996
Assistant United States Attorney

District of Idaho
Washington Group Plaza IV
800 E. Park Boulevard, Suite 600
Boise, Idaho 83712
Telephone: (208) 334-1211
Facsimile: (208) 334-1414
Joanne.Rodriguez@usdoj.gov
Attorney for Defendants United States Forest Service and
United States Federal Highway Administration

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2013, I caused the foregoing STIPULATION TO SETTLE MOTION FOR ATTORNEY FEES AND LITIGATION EXPENSES to be electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the counsel of record listed below:

Joanne Rodriguez
Joanne.Rodriguez@usdoj.gov

/s/ Laird J. Lucas