# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO RIVERS UNITED, ) | Case No. 1:11-CV-095-BLW |
| ) | |
| Plaintiff, ) | **ORDER APPROVING** |
| vs. ) | **STIPULATION TO SETTLE** |
| ) | **MOTION FOR ATTORNEY** |
| UNITED STATES FOREST SERVICE, and ) | **FEES AND EXPENSES** |
| UNITED STATES FEDERAL HIGHWAY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

The parties have submitted a Stipulation To Settle Motion For Attorney Fees and Expenses (Docket No. 68), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation To Settle Motion For Attorney Fees and Expenses (Docket No. 68) is APPROVED;

IT IS FURTHER ORDERED THAT Plaintiff IRU's Motion For EAJA Award of Reasonable Attorney Fees and Litigation Expenses (Docket No. 65) shall be and is hereby WITHDRAWN.

DATED: July 31, 2013

B. Lynn Winmill
Chief Judge
United States District Court